# UNITED STATES DISTRICT COURT
## THE CHARLES L. BRIEANT, JR.
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
3OO QUARROPAS ST.
WHITE PLAINS, NEW YORK 10601
914-390-4251

Chambers of
**Hon, Paul E. Davison**
United States Magistrate Judge

| USDC SDNY |
| Document |
| Electronically Filed |
| Doc # _____ |
| Date Filed:  August 26,2020 |

United States District Court
Southern District of New York

--------------------------------------------------------X

United States of America,

                         Plaintiff

      -against-

**SCHEDULING ORDER**

7:20-CR-273 (KMK)
7:10-CR-1251 (KMK)

Jamar Manners

                       Defendant

--------------------------------------------------------X

TO ALL PARTIES:

The Court has scheduled an Plea Hearing for 8/31/2020 at 12:00 pm before Magistrate Judge Paul E. Davison. To access the conference, counsel should call 877-336-1839 and use access code 5999739. Members of the press and public may call the same number, but will not be permitted to speak during the conference.

Dated:  August 26, 2020
        White Plains, New York

                                  SO ORDERED:

                                  s/       PED

                                  PAUL E. DAVISON
                                  United States Magistrate Judge